McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE SEIZURE OF ) No. 2:07-SW-79 EFB
)
FUNDS IN WASHINGTON MUTUAL ) **APPLICATION TO UNSEAL SEIZURE WARRANT**
BANK ACCOUNT HELD IN THE ) **AND ITS SUPPORTING DOCUMENTS IN**
NAME OF 1ST FINANCIAL ) **REDACTED FORM**
NETWORK INC., NOT TO EXCEED ) **AND [proposed] ORDER**
$385,378 )
_____)

On March 23, 2007, this Court issued seizure warrant number 2:07-SW-79 EFB and sealed it and its supporting documents until further order of the Court. Recently, a federal grand jury issued two indictments relating to this matter, case numbers 2:08-cr-93 FCD and 2:08-cr-116 LKK. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

However, because the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant contains sensitive financial and victim information, the United States requests that this Court order the Clerk to file publicly a redacted version of the affidavit, which the

///
///

1

1 | United States will provide to the Clerk forthwith.
2 | Dated: March 24, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney.

By: /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion To Unseal the documents filed in case number 2:07-SW-79 EFB is GRANTED.

IT IS FURTHER ORDERED that, when making these documents available to the public, the Clerk of the Court must substitute the redacted version of the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant, as provided by the United States, for the original affidavit.

DATED: March 24, 2008

/s/ Edmund F. Brennan
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge